UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CELENA PRESLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:10-CV-00112-C |
| ) | ECF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff appealed an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g) and 1383(c). A United States Magistrate Judge entered a Report and Recommendation on November 22, 2011. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

Dated December 14, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE